AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SANDRA NOEMY MENJIVAR-MENJIVAR, | ) | Case No. |
| a/k/a "Sandra Noemi Manjivar, | ) | |
| a/k/a "Marlene Menjivar," | ) | 1:19-mj-327 |
| | ) | |
| Defendant(s) | ) | |

FILED
JUL 17 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 29, 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | Defendant was found in the United States after having been denied admission, excluded, deported, or removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Jordy Hur /AUSA Jonathan L. Fahey

_Complainant's signature_
Kurt Simard, Deportation Officer, ICE
_Printed name and title_

Sworn to before me and signed in my presence.

Theresa Carroll Buchanan
United States Magistrate Judge

Date: 7/17/19

_Judge's signature_

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
_Printed name and title_